UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDWARD S.J. JOHNSON                                    CIVIL ACTION

VERSUS                                                 NO. 04-3494

BURL CAIN, WARDEN                                      SECTION "A"(2)

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's report and recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner argues that he should not be penalized for filing an untimely writ application to the Louisiana Supreme Court because he *submitted* the writ application within the thirty day time limit.  He points out that he has no control over when the clerk's office at the Supreme Court processes writ applications for purposes of assigning *filing* dates.  This Court agrees.

However, even if this Court were to give petitioner credit for the time that his "untimely" writ application had been pending at the Louisiana Supreme Court his federal application would nevertheless be untimely.  At page 20 of the Report and

Recommendation the United States Magistrate Judge performed the timeliness calculation by tolling the time that Petitioner's writ application was pending at the Louisiana Supreme Court but even affording Petitioner the benefit of that extra time (including the 90 day <u>Ott</u> period to seek review in the United States Supreme Court) the federal application is time-barred.

Accordingly;

**IT IS ORDERED** that the petition of Edward S.J. Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 should be and is hereby **DENIED**.

New Orleans, Louisiana, July 12, 2005.

_____
UNITED STATES DISTRICT JUDGE